**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **HERNANDO WILLIAMS,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO.  10-4995** |
| **ROBERT COLLINS, et al.,** | : | |
| **Respondents.** | : | |

<u>**ORDER**</u>

**AND NOW**, this ____ day of January, 2012, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (Doc. 1), Respondents' Response in Opposition thereto (Doc. 8), and after careful review of the Report and Recommendation of United States Magistrate Judge Elizabeth Hey (Doc. 11), and Petitioner's objections thereto (Doc. 13), **IT IS HEREBY ORDERED and DECREED** as follows:

1.      The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.      Petitioner's Petition for Writ of Habeas Corpus is **DENIED**; and

3.      There has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

   **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

**/s/ Petrese. B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**